IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

ABDUR-RAHIM MAHDI,
    Movant,

Copies to: Judge
          AUSA – Special Proceedings
v.          Dft.

CIVIL NO. _____

CRIMINAL NO. 01-396-01(ESH)

UNITED STATES OF AMERICA,
    Respondent.

FILED
DEC 1 0 2012
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Let this be filed
ESH
12/10/12

ooo0ooo

## MOVANT'S MOTION FOR SUMMARY JUDGEMENT

COMES NOW, the Movant, Abdur-Rahim Mahdi, and motions this court to grant summary judgement in favor of movant on his factual and unrefuted or contested claims of constitutional error and prosecutorial misconduct resulting in the conviction of one who is actually innocent. The factual basis supporting summary judgement in the instant matter are presented below.

1. The Movant is serving a life sentence, principally for a charged homicide of which the Movant is actually innocent. The Movant has filed a timely § 2255 motion, complete with sworn affidavits of fact, which if true warrants relief from the homicide conviction and sentence, as well as a new trial on the other charged offenses.

2. On December 16, 2011, the Court ordered the Government to answer the Movant's substantial claims set forth in the § 2255 motion, by January 23, 2012. However, on Jnauary 19, 2012, the Government did not file its answer but moved the Court for a seventy-five day extension of time to answer, or until April 9, 2012, which the Court granted.

3. Then, on April 20, 2012, eleven days beyond the April 9, 2012, filing deadline, the Government, having again not filed an answer to Movant's claims as ordered by the Court, moved the Court for a second extension of time within which to file its answer. The Court again granted an extension for one hundred and ten (10) days, from April 9, 2012 to July 29, 2012, for the Government to file its answer.


RECEIVED
Mail Room
NOV 2 0 2012
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

3. Then on August 6, 2012, seven days beyond the July 29, 2012, filing deadline, the Government, having again not filed an answer to Movant's claims as ordered by the Court, moved the Court for a third extension of time within which to file its answer. The Court again granted an extension for ninety days, from August 6, 2012 to November 6, 2012, for the Government to file its answer.

4. Then, on November 6, 2012, the Government again did not file an answer as ordered by the Court. At the time of this instant motion for summary judgement, the Government has not even filed a fourth request for an extention of time to file its answer beyond the November 6, 2012 deadline.

5. Here, the Government should not be allowed to delay and ignore the Court's repeated orders to answer the Movant's claims of constitutional error, prosecutorial misconduct, and actual innocence. Indeed, the Government has moved the Court for a series of time extensions of the Court's multiple orders to file an answer, received those extensions, but on each and every ocassion, has not only failed to file an answer, but has waited seven days or more beyond the set deadline to move the Court for an extension. Apparently, the Government's delay is intentional in order that it may gain a tactical advantage. Its true, since the Movant is at great risk of losing witnesses; his affiants, their memories becoming stale, and/or the loss of material eveidence yet to be discovered which may support Movant's claims. Thus the Government's nonchalant conduct in failing to obey the Court's orders to answer, whether intentional or not, violates the Movant's due process rights afforded in the habeas corpus (§2255) procedure at the point of the Court's intial order for the Government to answer.

6. The Government is not beyond reproach simply because it is the Government, nor is it excludable to the rules of law and orders of the Court. Accordingly, the Movant moves the Court, as a result of the facts presented herein, to grant his §2255 motion, accepting all facts as true (especially since they are uncontested and unrefuted by the Government), and vacate his convictions and sentences and order his immediate release and/or a new trial to allow the new evidence the trial jury did not have the opportunity to hear and/or, in the alternative, order a prompt evidentiary hearing to allow the Movant a full, fair and timely opportunity to develope the facts of his claims.

Respectfully submitted,

*Abdur-Rahim Mahdi*
Abdur-Rahim Mahdi
Reg. No. 24541-016
USP-Coleman
P.O. BOX 1033
Coleman, Florida 33521

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that a true and correct copy of the Motion for Summary Judgement was served on the United States Attroney's Office, Joan Draper (AUSA), Special Proceedings Division, 555 4th Street, N.W., Room 10-445, Washington, D.C., 20530, via first-class mail, postage prepaid, this 21st day of November, 2012.

*Abdur-Rahim Mahdi*
Abdur-Rahim Mahdi
Reg. No. 24541-016
USP-Coleman
P.O. BOX 1033
Coleman, Florida 33521