**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | CRIM. NO. 01-396-01 (ESH) |
| | ) | |
| V. | ) | |
| | ) | |
| **ABDUR R. MAHDI** | ) | |

## ORDER

Upon consideration of the United States' Motion For An Order Finding Waiver of Attorney-Client Privilege and To Compel Production of Records with respect to the claims of ineffective assistance of counsel raised in the defendant's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255, it is hereby:

**ORDERED** that the attorney-client privilege as it applies to the defendant's former trial counsel, Bernard Grimm and Mary Petras, with respect to the claims of ineffective assistance of counsel raised by the defendant in his motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 shall be deemed waived;

It is **FURTHER ORDERED** that any pre-hearing disclosures made by Bernard Grimm and Mary Petras in response to the defendant's claims of ineffective assistance of counsel raised by the defendant in his post-conviction motion are authorized by D.C. Rule of Professional Responsibility 1.6(e)(3);

And it is **FURTHER ORDERED** that Bernard Grimm and Mary Petras shall be permitted to discuss their representation of the defendant with the United States as it relates to the defendant's claims of ineffective assistance of counsel, disclose to the United States any documents in their possession that relate to the defendant's post-conviction claims of ineffective assistance of counsel, provide a pre-hearing affidavit or declaration, if requested, addressing the

defendant's claims of ineffective assistance of counsel, and testify at an evidentiary hearing, if one is needed, with respect to their representation of the defendant.

**SO ORDERED.**

                                                  _____/s/_____
                                                  Ellen S. Huvelle
                                                  U.S. District Court Judge

Date: December 27, 2012