# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **UNITED STATES,** | ) ) ) | |
| v. | ) ) | **Criminal No. 01-396-01 (ESH)** |
| **ABDUR MAHDI,** | ) ) ) | |
| **Defendant.** | ) ) | |

## ORDER

For the reasons stated in an accompanying Memorandum Opinion, it is hereby

**ORDERED** that defendant Abdur Mahdi's *pro se* motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 [ECF No. 856] is **DENIED** as to all claims except for the ineffective assistance of counsel claim; it is further

**ORDERED** that an evidentiary hearing is warranted on the ineffective assistance of counsel claim; and it is further

**ORDERED** that pursuant to Rule 8(c) of the Rules Governing § 2255 Proceedings, the Court will appoint an attorney to represent defendant at the evidentiary hearing, which the Court will schedule after counsel has been appointed.

/s/
ELLEN SEGAL HUVELLE
United States District Judge

Date:  November 25, 2013